JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYMON K. SCOTT,<br><br>            Plaintiff,<br><br>     v.<br><br>ARGENT MORTGAGE COMPANY, LLC; CITI RESIDENTIAL LENDING, INC.; DEUTSCHE BANK NATIONAL TRUST CO.; AGENCY SALES AND POSTING; CR TITLE SERVICES, INC., and DOES 1 through X, inclusive,<br><br>            Defendants. | Case No. EDCV 08-1524-VAP (AJWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: February 13, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge